**Order entered May 27, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00384-CR
No. 05-14-00385-CR
No. 05-14-00386-CR

**CESAR BENITEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-54265-M, F13-55077-M, & F14-00035-M**

## ORDER

Before the Court is the State of Texas's May 27, 2015 Motion to Accept Brief Tendered.

We **GRANT** the motion and **DIRECT** the Clerk to file the brief tendered by the State on May

27, 2015.


/s/      ROBERT M. FILLMORE
PRESIDING JUSTICE